UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-438M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| NADINE ELAINE COOK, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

Felon in Possession of Firearm and Ammunition

<u>Date of Detention Hearing</u>:   September 15, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged with possessing a .22 caliber Mossberg rifle and 357 rounds of .22 caliber ammunition, having previously been convicted of five felonies including VUCSA charges, robbery in the second degree, and attempted robbery in the second degree.

(2)    Defendant, age 43, has a 23 year criminal history that includes possession of stolen

U.S. Treasury check, prostitution, loitering, escape, false reporting, VUCSA, possession of drug paraphernalia, violations of court orders, assault, refusing to cooperate, and the felonies references in the previous paragraph. Warrants have been issued on multiple occasions for failure to appear for hearing. She is associated with ten alias names, seven dates of birth and six social security numbers.

(3) She has been unemployed for the last year and was previously employed with Labor Ready. She was not able to provide specific employment information and was vague about how she supports herself. She reports frequent cocaine use.

(4) Defendant poses a risk of nonappearance due to a transient lifestyle, a history of substance abuse, a history of failing to appear for court hearings, a prior conviction for escape, a history of violating court orders and three active arrest warrants. She poses a risk of danger due to her criminal history and the instant offense.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01  (4) The clerk shall direct copies of this Order to counsel for the United States, to
02  counsel for the defendant, to the United States Marshal, and to the United States
03  Pretrial Services Officer.
04  DATED this  15th  day of September, 2005.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge